# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GULFCO OF LOUISIANA, LLC,
D/B/A TOWER LOAN OF CUT OFF

NO.  2024 CW 0003

VERSUS

SEAN A. EYMARD, A/K/A SEAN
EYMARD

**MARCH 13, 2024**

---

In Re:    Gulfco of Louisiana, LLC, d/b/a Tower Loan of Cut Off,
          applying for supervisory writs, 17th Judicial District
          Court, Parish of Lafourche, No. 146655.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

   **WRIT GRANTED WITH ORDER.** The trial court's November 30,
2023 judgment, which denied the Motion for Summary Judgment
filed by plaintiff, Gulfco of Louisiana, LLC d/b/a Tower Loan of
Cut Off, is vacated. Usury is an affirmative defense that must
be specifically pleaded in the answer. **Garcia Roofing
Replacement, LLC v. McCain,** 2022-0233 (La. App. 1st Cir.
9/16/22), 352 So.3d 1005, 1011 (citing La. Code Civ. P. art.
1005). A review of the defendant's answer, as well as the
transcript herein, shows the defense of usury was not pleaded.
**Id.** Consequently, usury was not properly before the trial court.
This matter is remanded to the trial court for a ruling on the
plaintiff's Motion for Summary Judgment.

                         JMG
                         WRC
                         WIL

COURT OF APPEAL, FIRST CIRCUIT



---
    DEPUTY CLERK OF COURT
       FOR THE COURT